# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE E. FLORES,

        Plaintiff(s),

v.

CAROLYN W. COLVIN,

        Defendant(s).

2:14-CV-806 JCM (GWF)

**ORDER**

Presently before the court is the case of *Flores v. Colvin*, (2:14-cv-00806-JCM-GWF). Plaintiff initially filed a motion for leave to proceed *in forma pauperis* indicating a monthly household income of $1,900 and monthly household expenses of $1,750. (Doc. # 1). Upon reviewing this motion, Magistrate Judge Foley issued a report and recommendation stating that the motion should be denied. (Doc. # 2). Plaintiff failed to file any objections, and thus the court adopted the report and recommendation in their entirety. (Doc. # 14).

After the report was issued, plaintiff filed an additional motion for leave to proceed *in forma pauperis*. (Doc. # 3). In this motion, plaintiff again indicated that his household received $1,900 monthly, but this time stated that his monthly household expenses were between $1,880 and $2,130. *Id.* Based on this information, Magistrate Judge Foley granted plaintiff's second motion for leave to proceed *in forma pauperis*. (Doc. # 4). Therefore, the requirement that plaintiff pay the filing fee in this matter is waived.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in light of Magistrate Judge Foley's order granting plaintiff's motion to proceed *in forma pauperis*, (doc. # 4), plaintiff shall not be required to pay the full filing fee of four hundred dollars ($400.00) unless he prevails on his claims in this action.

DATED July 11, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**